```
                IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION
```

IN RE: JOAN M. BURKE                           )
                                               )
BAC HOME LOANS SERVICING, L.P. FKA             )
COUNTRYWIDE HOME LOANS SERVICING, L.P.,        )
            Creditor,                          )
                                               )
    vs.                                        ) CASE NO. 09B31834
                                               ) JUDGE BRUCE W. BLACK
JOAN M. BURKE,                                 )
                        Debtor                 )
                                               )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the February 2011 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of April 11, 2011.

    a. Attorney's Fees                            =    $250.00

    b. Payments (2/11 – 6/11:  5 @ $1,155.67)    = $5,778.35

    c. Escrow                                     = $1,503.61

    Total                                         = $7,531.96

If no challenge to foregoing is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

        Respectfully Submitted,
        BAC Home Loans Servicing, L.P.
        fka Countrywide Home Loans
        Servicing, L.P.

        /s/Yanick Polycarpe
        Yanick Polycarpe
        ARDC#6237892

        Pierce and Associates, P.C.
        1 North Dearborn Street
        Suite 1300
        Chicago, Illinois 60602
        (312)346-9088